UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
     Yale-New Haven Hsopital, Inc.                     :
                                                       :
                                                       :
     vs.                                               : Civil No. 3:10cv212 (JBA)
                                                       :
     USA                                               :
                                                       :
-------------------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Notice Of Appearance</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(c)
   _ No certificate of service attached to pleading
   _ Certificate of service fails to list names and addresses of all parties served
   ✔ Certificate of service is not signed (original signature)

2. _ L.R. CV 5(e)
   _ Failure to submit document under seal
   _ Sealing envelope not provided
   _ Sealing envelope does not contain case information
   _ Sealing envelope does not contain description of sealed document/motion

3. ✔ L.R.10
   ✔ Failure to sign pleading (original signature)
   _ Failure to double space
   _ Margin is not free of printed matter
   _ Left hand margin is not one inch;
   _ Judge's initials do not appear after the case number
   _ Docket number is missing
   _ Failure to supply federal bar number

4. _ L.R. CR 57(b)5
   _ Failure to submit document under seal
   _ Sealing envelope not provided
   _ Sealing envelope does not contain case information
   _ Sealing envelope does not contain description of sealed document/motion

5. _ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. ✔ Other   **This is an EFILE case.  Please refer to www.ctd.uscourts.gov  for instructions on how to file.**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.


Date:  2/11/10                                           /s/ Janet Bond Arterton
                                                         United States District Judge


(RT)